**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 98-7588

_____

UNITED STATES OF AMERICA,

                                         Plaintiff - Appellee,

       versus

JIMMY LEE HAIRSTON,

                                         Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-90-398-A)

_____

Submitted: March 25, 1999             Decided: March 30, 1999

_____

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jimmy Lee Hairston, Appellant Pro Se. Grace Y. Chung Becker, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Lee Hairston appeals the district court's order denying his Fed. R. Crim. P. 35 motion.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Hairston</u>, No. CR-90-398-A (E.D. Va. Apr. 14, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>